UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JACQUAN LEE RICHARD,<br><br>　　　　Defendant. | 2:04-cr-477-JCM-PAL<br><br>**ORDER FOR PLACEMENT IN**<br>**RESIDENTIAL RE-ENTRY CENTER** |

　　　　On January 19, 2012, this Court held a hearing for revocation of supervised release as to defendant JACQUAN LEE RICHARD. The Court ordered that the case be continued to allow for a status conference and that the defendant reside at the residential re-entry center/Halfway House pending the next hearing.

　　　　Accordingly, IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JACQUAN LEE RICHARD reside in a residential re-entry center/Halfway House until his status conference currently set for February 21, 2012.

　　　　DATED: January 31, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE